UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CARLTON WRIGHT,<br>Plaintiff,<br><br>vs.<br><br>SHANE NELSON,<br>KRUL,<br>LEE,<br>GARD,<br>and SEYE,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:23-cv-00459-TWP-MKK |

**JOINT EXHIBIT LIST**

COME NOW the Defendants, Shane Nelson, Lt. Krul, Joe Lee, Voyle Gard, and Sgt. Seye, by counsel Joseph Lipps, and Plaintiff, Carlton Wright, who conferred with defense counsel on February 6, 2026, and February 11, 2026, hereby submit their Joint Exhibit List, pursuant to the Entry Following Final Pretrial Conference (ECF 117) and Order Granting Motion for Extension of Deadline (ECF 120), as follows:

1. Case Notes; No stipulations
2. Housing Location; Stipulated as to authenticity and admissibility
3. Case Notes: No stipulations
4. Disciplinary Hearing Document; No stipulations
5. Letter to Carlton Wright; No stipulations
6. STAND Unit Offender Job Description; No stipulations
7. STAND Program Completions; No stipulations
8. Page 7 of medical records; No stipulations
9. Grievance 122186; No stipulations

10. Kyle Brown Affidavit; No stipulations

11. Shane Nelson Interrogatory Responses; No stipulations

12. Officer Dunlap Interrogatory Responses; No stipulations

13. Lieutenant Krull Interrogatory Responses; No stipulations

14. Video Review Form; No stipulations

15. Grievance 126759; No stipulations

16. Grievance 130296; No stipulations

17. H. Winningham Grievance Response 128906; No stipulations

18. H. Winningham Grievance Response 130296; No stipulations

19. Case Notes; No stipulations

20. Request for Interview; No stipulations

21. Page 2 for Protective Custody Unit; No stipulations

22. GEO Policy; No stipulations

23. Lieutenant Outlaw written statement; No stipulations

24. Medical Report of Injuries/Non-injuries; No stipulations

25. Grievance 128906; No stipulations

26. Carlton Wright Affidavit; No stipulations

27. June 2, 2021, Medical Document; No stipulations

28. July 17, 2021, Medical Document; No stipulations

29. July 22, 2021, Medical Document; No stipulations

30. August 12, 2021, Medical Note; No stipulations

31. April 12, 2022, IDOC RHU Form (Pendleton); No stipulations

32. June 17, 2022, IDOC RHU Form (Pendleton); No stipulations

33. July 12, 2022, Medical Management Form (Pendleton); No stipulations

34. August 2, 2022, Medical Management Form (Pendleton); No stipulations

35. May 26, 2021, RHU Document (Pendleton); No stipulations

36. July 12, 2022, Medical Document (Pendleton); No stipulations

37. August 2, 2022, Medical Document (Pendleton); No stipulations

38. November 1, 2022, Medical Document (Pendleton); No stipulations

39. Shane Nelson Affidavit; No stipulations

40. Sgt. Joe Lee Affidavit; No stipulations

41. Captain Voyle Gard Affidavit; No stipulations

42. Lieutenant Michael Krul Affidavit; No stipulations

43. Case Notes; No stipulations

44. January 31, 2022, Grievance Log; No stipulations

45. Case Notes; No stipulations

46. Case Notes; No stipulations

47. Case Notes; No stipulations

48. H. Winningham Grievance 126759 Response; No stipulations

49. April 29, 2021, RHU Review; No stipulations

50. Shane Nelson Interrogatory Responses; No stipulations

51. Voyle Gard Interrogatory Responses; No stipulations

52. Joe Lee Interrogatory Responses; No stipulations

53. Sgt. Seye Interrogatory Responses; No stipulations

54. Jeff Myers Affidavit; No stipulations

55. Lashawna Dunlap Affidavit; No stipulations

56. Glenda Cecil Affidavit; No Stipulations

57. Brendan Leach Affidavit; No stipulations

58. February 5, 2021, H. Winningham and Shane Nelson email; No stipulations

59. Glenda Cecil Interrogatory Responses; No stipulations

200. June 2, 2021, SIR Description: No stipulations

Plaintiff Carlton Wright and counsel for the defendants were unable to reach any stipulations as to facts. The plaintiff has advised, via telephone call on February 11, 2026, that he agrees to the 59 listed exhibits by the plaintiff and that their formatting is "ok". The plaintiff has requested, and the defendants' counsel has agreed to provide him with a copy of all marked exhibits, as well as to provide a copy of all marked exhibits for reference by any witnesses. The plaintiff was additionally informed of Inmate Kyle Brown's virtual appearance at the trial by Order of the Court.

The parties have been unable to reach a settlement, the likelihood of a settlement is minimal, and the magistrate's assistance would unfortunately not be beneficial.

Respectfully submitted,

By: /s/ Joseph T. Lipps

Joseph T. Lipps, Atty. No. 35936-89
BBFCS ATTORNEYS
27 North 8th Street
Richmond, IN 47374
Telephone: (765) 962-7527
Facsimile: (765) 966-4597
jlipps@bbfcslaw.com
*Attorneys for Defendants.*

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2026, I electronically filed the foregoing Joint Exhibit List with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. N/A

Further, I hereby certify that I have provided a copy of the foregoing to the following non-CM/ECF participant via United States Mail, first-class, postage prepaid, on this 11th day of February, 2026:

Carlton Wright, DOC #208902
Westville Correctional Facility
Inmate Mail/Parcels
5501 South 1100 West
Westville, IN 46391

By /s/ Joseph T. Lipps
Joseph T. Lipps