1:23-cv-00459-TWP-MKK
Wright v. Nelson etal
Bench Trial 2/17/2026

| EX. NO. | DESCRIPTION | OFFER | ADMIT | COMMENTS |
|---|---|---|---|---|
| | **EXHIBITS** | | | |
| 1 | Case Notes | XX | AOO | |
| 2 | Housing Location | XX | XX | Pursuant to stipulation of the parties. |
| 3 | Case Notes | XX | AOO | |
| 7 | STAND Program Completions | XX | AWO | |
| 9 | Grievance 122186 | XX | AWO | |
| 12 | Officer Dunlap Interrogatory Responses | XX | XX | Pursuant to stipulation of the parties. |
| 14 | Video Review Form | XX | AWO | |
| 15 | Grievance 126759 | XX | AOO | |
| 16 | Grievance 130296 | XX | AWO | |
| 18 | H. Winningham Grievance Response 130296 | XX | AOO | |
| 19 | Case Notes | XX | AWO | |
| 22 | GEO Policy | XX | AWO | |
| 24 | Medical Report of Injuries/Non-injuries | XX | AWO | |

1:23-cv-00459-TWP-MKK
Wright v. Nelson etal
Bench Trial 2/17/2026

| EX. NO. | DESCRIPTION | OFFER | ADMIT | COMMENTS |
|---|---|---|---|---|
| 25 | Grievance 128906 | XX | AWO | |
| 27 | June 2, 2021, Medical Document | XX | AWO | |
| 28 | July 17, 2021, Medical Document | XX | | Offered, taken under advisement |
| 29 | July 22, 2021, Medical Document | XX | | Offered, taken under advisement |
| 30 | August 12, 2021, Medical Note | XX | | Offered, taken under advisement |
| 31 | April 12, 2022, IDOC RHU Form (Pendleton | XX | | Offered, taken under advisement |
| 32 | June 17, 2022, IDOC RHU Form (Pendleton | XX | | Offered, taken under advisement |
| 33 | July 12, 2022, Medical Management Form (Pendleton) | XX | | Offered, taken under advisement |
| 34 | August 2, 2022, Medical Management Form (Pendleton) | XX | | Offered, taken under advisement |
| 35 | May 26, 2021, RHU Document (Pendleton) | XX | | Offered, taken under advisement |
| 36 | July 12, 2022, Medical Document (Pendleton) | XX | | Offered, taken under advisement |
| 37 | August 2, 2022, Medical Document (Pendleton) | XX | | Offered, taken under advisement |
| 39 | Shane Nelson Affidavit | XX | XX | Pursuant to stipulation of the parties. |
| 42 | Lieutenant Michael Krul Affidavit | XX | XX | Pursuant to stipulation of the parties. |

1:23-cv-00459-TWP-MKK
Wright v. Nelson etal
Bench Trial 2/17/2026

| EX. NO. | DESCRIPTION | OFFER | ADMIT | COMMENTS |
|---|---|---|---|---|
| 55 | Lashawna Dunlap Affidavit | XX | AWO | |
| 58 | February 5, 2021, H. Winningham and Shane Nelson email | XX | AWO | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |