United States District Court
Southern District of Indiana
Indianapolis Indiana

Carlton Wright
(Plaintiff)

v.

Shane Nelson, et al
(Defendants)

Cause No:
1:23-cv-00459-TWP-MKK

# Motion To Request Enlargement of Time To File Written Closing Argument

Comes now the Plaintiff Carlton Wright, a pro-se litigant, pursuant to Federal Rule 56 Civil Procedure; and moves the Court to grant him a thirty (30) day Enlargement of Time to file his written closing argument. In support of this request, the Plaintiff states the following.

1. This Motion is for a request of an Enlargement of Time, in the amount of Thirty (30) days.

2. On February 17, 2026 the Plaintiff had a bench trial.

3. The Plaintiff was given until the date of March 16, 2026 to file his written closing argument with the Court.

4. The Plaintiff was suppose to have received his bench trial transcripts by approximately March 1, 2026.

5. The Plaintiff has every intention and desire to comply with the Court's (Judge's) order, and submit his written closing argument.

A. As of today, March 9, 2026, the Plaintiff still have not received a copy of his bench trial transcripts yet.

B. It is impossible for the Plaintiff to complete and submit his closing argument, without having the bench trial transcripts to review, and refer to.

C. The mailroom system at Westville Corr. Fac. is severely flawed, which unfortunately creates huge delays with the incoming, as well as outgoing of legal mail.

D. Even once the Plaintiff does eventually receive his bench trial transcripts; he is still going to need a sufficient amount of time, in order to properly prepare and respond with his written closing argument.

6. The Plaintiff doesn't believe that the Court would be prejudiced by granting the Plaintiff's Enlargement of Time in the amount of Thirty (30) days.

7. The Plaintiff would greatly appreciate if the Court would grant this request, and extend the deadline until April 16, 2026 in which the Plaintiff has to file his written closing argument.

Respectfully Submitted
By: Carlton Wright

Carlton Wright
# 208902
Westville Corr. Fac.
5501 South 1100 West
Westville, I.N. 46391

# Certificate Of Service

I hereby certify that on the 9th day of March 2026
I (the Plaintiff) mailed the Foregoing "Motion To Request Enlargement of Time To File Written Closing Argument", with the clerk of the Courts using the U.S. Postal Mail service. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.
Further, I hereby certify that I have (thru the clerk of the Court's assistance) provided a copy of the foregoing to the following thru the ECF participant, on this 9th day of March 2026.

Joseph T. Lipps, Atty no: 35936-89
Of BBFCS Attorneys
27 North 8th Street
Richmond, I.N. 47374

Carlton Wright #208902
W.C.F. C-2, 202
5501 South 1100 West
Westville, I.N. 46391

S SUBURBAN IL 604
18 MAR 2026 PM 5 L

UNITED STATES OF AMERICA
FOREVER/USA

FILED
MAR 20 2026
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

LEGAL MAIL ONLY

Legal Mail

The Office of The
Clerk of The U.S. District Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, I.N. 46204

46204-155555