**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CARLTON WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00459-TWP-MKK |
| | ) | |
| SHANE NELSON,<br>KRUL Lieutenant,<br>GARD Captain,<br>LEE Sergeant, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING MOTIONS FOR ENLARGEMENT OF TIME**

This matter is before the Court on *pro se* Plaintiff Carlton Wright's two Motions Requesting Enlargement of Time to File Written Closing Argument. (Dkts. 133, 134). A bench trial was held in this action on February 18, 2026. In lieu of oral closing arguments, the Court directed the parties to submit proposed findings of fact and conclusions of law no later than March 16, 2026. (Dkt. 131). A transcript of the bench trial was docketed on March 2, 2026, and the Court instructed the clerk to mail a copy to Mr. Wright. (Dkt. 129). As of March 20, 2026, Mr. Wright had not received his copy of the trial transcript, and he requests an additional 30 days within which to file his proposed finding of fact and conclusions of law.

The Court is able issue its Findings of Fact, Conclusions of Law and Order, based on the record of these proceedings, and Mr. Wright's submission is unnecessary. Accordingly, Mr. Wright's duplicate Motions for Extension of Time, Dkts. [133] and [134] are **DENIED**.

**IT IS SO ORDERED.**

Date: 3/27/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

CARLTON WRIGHT
208902
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391

Joseph Thomas Lipps
BBFCS ATTORNEYS
jlipps@bbfcslaw.com