United States
Court of Appeals
For The Seventh Circuit

Carlton Wright
Plaintiff - Appellee

v.                              No. 26-1945

FILED

05/26/2026

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Shane Nelson, et al.
Defendants - Appellants

U.S.C.A. – 7th Circuit
RECEIVED

MAY 26 2026   4

INSD Case No. 1:23-cv-459-TWP-MKK

## Notice of - Cross Appeal

Comes Now the pro-se Plaintiff, Carlton Wright, and pursuant to Fed. R. App. P. 4; humbly notifies the Court, that he would like to file a Cross Appeal in the above cause number.

1. On the date of February 17, 2026 the District Court conducted a bench trial, and the Plaintiff, Carlton Wright appeared in person and represented himself.

2. On the date of March 30, 2026 the Court entered a Final Judgment in favor of the Plaintiff, Carlton Wright, and awarded Wright

pg 1 of 4

a total of Eight Thousand Dollars ($8,000.00) in compensatory damages. However though, the Court did not award Wright any funds in punitive damages.

3. On the date of April 29, 2026 the defendant's Attorney, Mr. Joseph T. Lipps of BBFCS Law Firm, filed a Notice of Appeal with the Court of Appeals for The Seventh Circuit.

4. On approximately the date of May 7, 2026, the Plaintiff received his notification via prison postal mail, that Mr. Lipp had filed a Notice of Appeal, and a Notice of a Case Opening in this Court.

5. On the date of May 12, 2026 (today) the Plaintiff, Carlton Wright is filing his notice of a Cross Appeal in a timely manner, pursuant to the rules of the Court.

   A. The Plaintiff was not able to address the District Court

pg 2 of 4

thru the Findings of Fact and Conclusions of Law process, in order to explain why, and/or request an appropiate and fair amount in compensatory and punitive damages.

B. The Plaintiff desires to appeal, and challenge the amount of Eight Thousand Dollars ($8,000.00) he was awarded in compensatory damages.

C. The Plaintiff also desires to appeal, and challenge that he was not awarded any funds in punitive damages... and the Plaintiff will also address any other issues raised by Mr. Lipp in his appeal.

Humbly Submitted By,

Carlton Wright
#208902
Westville Corr. Fac.
5501 South 1100 West
Westville, I.N. 46391

Dated: May 12, 2026

pg 3 of 4

# Certificate Of Service

I hereby certify that on the 12th day of May 2026, I (the Plaintiff) mailed the foregoing "Notice of-Cross Appeal" with the clerk of the Courts using the U.S. postal mail service. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, I hereby certify that I have (thru the help of the clerk of the Court's assistance) provided a copy of the foregoing to the following through the ECF participant, on this 12th day of May 2026.

Joseph T. Lipps, Atty No: 35936-89
Of BBFCS Attorneys
27 North 8th Street
Richmond, I.N. 47374

pg 4 of 4