May 12, 2026

Carlton Wright
Plaintiff-Appellee

V.                              No: 26-1945

Shane Nelson, et al
Defendants-Appellants

U.S.C.A. — 7th Circuit
RECEIVED
MAY 26 2026  4

Dear, Clerk of The Courts.

How are you doing? Can you please forward a copy of the Plaintiff's, "Notice of Cross Appeal to the defendant's Attorney, Mr. Joseph T Lipps of BBFCS Law Firm. Thank you very much.

Respectfully Submitted,

Carlton Wright
#208902
Westville Corr. Fac.
5501 South 1100 West
Westville, I.N. 46391